UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE M.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, <br><br> Defendant. | Case No.: 23cv1872-MSB <br><br> **ORDER SETTING MANDATORY SETTLEMENT PROCEDURES AND SCHEDULE FOR MERITS BRIEFING** |

On **October 12, 2023**, Plaintiff Guadalupe M. filed a civil Complaint against Defendant Acting Commissioner of Social Security, Kilolo Kijakazi, seeking judicial review of the denial of his application for social security disability and supplemental security income benefits. (ECF No. 1.) Defendant filed the Administrative Record on **December 8, 2023**. (ECF No. 8.)

Pursuant to Rule 16.1(e)(3) of the Civil Local Rules, an Early Neutral Evaluation/ Case Management Conference is not required to be held in this case. The Court hereby enters the following scheduling order:

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

1

## I.  MANDATORY SETTLEMENT PROCEDURES

The parties shall engage in good faith settlement negotiations to resolve the matter, according to the following schedule:

A.   No later than **December 27, 2023**, Plaintiff shall prepare and deliver by e-mail to counsel representing the Commissioner a written and detailed settlement proposal.

B.   No later than **January 17, 2024**, the Commissioner shall evaluate the merits of Plaintiff's contentions and confer with Plaintiff's counsel in writing by mail, e-mail, or facsimile transmission.

C.   No later than **January 24, 2024**, the parties must do one of the following:

1.   File a stipulation dismissing, remanding, or otherwise resolving the case; or

2.   File a Joint Status Report advising the Court that they have not resolved the matter through good faith settlement discussions.

## II.  SCHEDULE FOR MERITS BRIEFING

If the parties cannot reach a resolution through settlement discussions, the parties will adhere to the following briefing schedule with respect to the merits of the case:

A.   Pursuant to the Federal Rules of Civil Procedure, Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g), Plaintiff shall file and serve a merits brief no later than **February 13, 2024**.[2]

B.   The Commissioner shall file and serve its opposition no later than **March 12, 2024**.

---

[2] The Court finds good cause to extend the timing requirements of Social Security Supplemental Rules 6–8 to encourage preliminary settlement negotiations.  Fed. R. Civ. P., Supp. R. 6–8 for Soc. Sec. Actions Under 42 U.S.C. § 405(g) (effective Dec. 1, 2022).

C. Plaintiff may file and serve a reply brief, if any, no later than **March 26, 2024**.

### III. ORAL ARGUMENT

Unless otherwise ordered, the Court will resolve this matter on the papers and without oral argument.

### IV. MOTIONS TO AMEND AND COMPLIANCE WITH THIS ORDER

Any motion requesting a modification of this scheduling order should be filed no less than **seven days** in advance of the deadline(s) at issue and shall comply with Magistrate Judge Michael S. Berg's Civil Chambers Rules (available on the Court's website).

**IT IS SO ORDERED.**

Dated:  December 8, 2023

_____
Honorable Michael S. Berg
United States Magistrate Judge